No. 84.—ETHAN BREWER and another, ex'rs, &c. plaintiffs in error, *vs.* CLARK BREWER.

[1.] The writ of error will not be dismissed because the record does not show that the costs in the Court below have been paid.

A preliminary motion was made in this case to dismiss the writ of error, on the ground that the costs in the Court below were not paid, and the cause was not brought up *in forma pauperis.*

CONE, for the motion.

DAWSON, contra.

*By the Court.*—LUMPKIN, J. delivering the opinion.

[1.] This Court decided, at an early day after its organization, that the payment of costs by the party complaining, in the Court below, was not a condition precedent which the record must show had been performed, before we could take jurisdiction of the cause. If the cost is not paid, the defendant in error may cause execution to issue, and proceed at once to make it in the Court below.